UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60587
_____


MANNO ELECTRIC, INC.;                    PETITIONERS-CROSS-RESPONDENTS
JACK L. MANNO, SR.

versus

NATIONAL LABOR RELATIONS                  RESPONDENT-CROSS-PETITIONER
BOARD

_____

Petition for Review of an Order
of the National Labor Relations Board
(15-CA-11891)
_____
September 8, 1997
Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:

PER CURIAM:[*]

    The petition for review is **DENIED** and the Board's order is to

be **ENFORCED**.   See Local Rule 47.6.   Respondent's motion for

reimbursement copying costs is **GRANTED**.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.